# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129761(75)

K & K CONSTRUCTION, INC., and J.F.K.
INVESTMENT COMPANY, L.L.C.,
        Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant-Appellee.

SC: 129761
COA: 244455
Court of Claims: 88-012120-CM

_____/

On order of the Court, the motion for reconsideration of this Court's May 17, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

TAYLOR, C.J., not participating.

MARKMAN, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in *K & K Construction, Inc v Dep't of Environmental Quality*, 475 Mich 856 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

Clerk